IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.    MANUEL OWEN, Individually and <br> 2.    Manuel Owen as Surviving Spouse and <br>       Personal Representative of the <br>       Estate of LYN OWEN, <br><br>                Plaintiffs, <br><br> v. <br><br> 1.    FARMERS INSURANCE COMPANY, <br>       INC., a Kansas for profit Insurance <br>       Corporation, <br><br>                Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. CIV-12-384-RAW |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiffs, Sylina McWhorter as Personal Representative of the Estate of Lynda McWhorter, Rebecca York as Personal Representative of the Estate of Manuel Owen Sr. and Defendant, Farmers Insurance Company, Inc. and advise the Court that a compromise settlement has been reached between the parties as to all issues and all causes of action in regard to the above-referenced matter.  Further, Plaintiffs, Sylina McWhorter as Personal Representative of the Estate of Lynda McWhorter, Rebecca York as Personal Representative of the Estate of Manuel Owen Sr., and their attorney, Michael D. McGrew & Associates and Defendant, Farmers Insurance Company, Inc. stipulate and agree this cause can be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiffs, Sylina McWhorter as Personal Representative of the Estate of Lynda McWhorter, Rebecca York as Personal Representative of the Estate of Manuel Owen Sr., and their attorney, Michael D. McGrew & Associates and Defendant, Farmers Insurance Company, Inc. respectfully pray the above entitled action be dismissed with prejudice.

Respectfully submitted this 20th day of May, 2014.

        BY:  /s Michael D. McGrew
*I certify that I have the signed original of this documents, which is available for inspection at any time by the Court or a party to this action.)
    Michael D. McGrew, OBA No. 13167
    Michael D. McGrew & Associates, PC
    400 N. Walker, Suite 115
    Oklahoma City, OK 73102
    Telephone:   (405)235-9909
    Facsimile:    (405)235-9929
    *Attorney for Plaintiffs*

        BY:  /s Sheila R. Benson
    Greg D. Givens, OBA No. 10310
    Sheila R. Benson, OBA No. 19050
    GIVENS LAW FIRM
    136 N.W. 10th Street, Suite 100
    Oklahoma City, OK  73103
    Telephone:   (405) 604-6880
    Facsimile:    (405) 604-6998
    Email: sbenson@givenslaw.net
    *Attorneys for Defendant,*
    *Farmers Insurance Company, Inc.*